IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No.: 18-34567 | |
| Michael Becker | ) | | |
| | ) | Chapter 13 | |
| | ) | | |
| Debtor(s). | ) | Judge LaShonda A. Hunt | |

## NOTICE OF MOTION

To:  Michael Becker, 911 W Panorama DR Apt 215 Palatine, IL 60067 *notice via US Mail*

Marilyn O Marshall, Chapter 13 Trustee *notice via ECF delivery system*

U.S. Trustee*,* 219 S. Dearborn Suite 873, Chicago, IL 60604 *notice via ECF delivery system*

*See attached service list*

On **October 7, 2019** at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge LaShonda A. Hunt or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604 and shall request that the DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE be entered, at which time you may appear if so desired.

*/s/ David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before September 27, 2019.

*/s/ David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-34567 |
| Michael Becker | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

### DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE

NOW COMES, the Chapter 13 Debtor, Michael Becker, by and through his attorneys, Cutler and Associates, Ltd., and respectfully requests that this Court dismisses this Chapter 13 case, and in support thereof would show the Court as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 on December 14, 2018.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan as of March 18, 2019.

3. The Debtor has decided not to continue to proceed with the bankruptcy.

WHEREFORE, the Debtor prays that the Court enter an Order Dismissing the Case and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/ *David H. Cutler*
David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600